Christine Baker
3880 Stockton Hill Rd. Ste. 103-156
Kingman, AZ 86409
Tel: (206) 202-4653
Fax: (571) 222-1000
Email: christine@bayhouse.com

In Pro Per

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Christine Baker;

    Plaintiff,

v.

Trans Union, LLC et al;

    Defendants.

CIV-07-8032-PCT-JAT

**PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS IN SUPPORT OF HER OPPOSITION TO THE TRANS UNION LLC MOTION FOR SUMMARY JUDGMENT**

Plaintiff Christine Baker hereby submits her Controverting Statement of Facts in support of her opposition to the Trans Union LLC Motion for Summary Judgment

1. True.
2. False. Trans Union's Ms. Terry is obviously NOT qualified to testify about Baker's claims. According to the Trans Union records (which Ms. Terry claims to have reviewed), Trans Union issued TWO credit reports for Baker on 5/6/09 <u>INSTEAD</u> of merging the reports. [Exh. 10, the TWO 5/6/05 Trans Union credit reports]   As of 7/1/09, Trans Union has yet to provide a merged report. [Exh. 8, 7/1/09 Trans Union credit report]
3. True. Baker has requested that her credit reports be merged since about 2002 and since 2002 Trans Union promised to merge the credit reports repeatedly, but it failed to do so.

1

4. True. However, Baker's allegations are not mere speculation, but supported by her exhibits such as the Chase credit card offer to "<u>Mr. Christian Baker</u>" [Exh. 1], the Trans Union Initial Disclosures and the 7/1/09 credit report.

5. False. Trans Union frequently DELETES inquiries [Exh. 5, Trans Union deletion of NCO inquiry] and these deleted inquiries are NOT reported for two years on the consumer credit reports. Chase obviously received the 2nd Trans Union credit report without the bankruptcy and with the name "<u>Christian</u>" Baker. Ms. Terry's claim that the 8/25/05 report was a merged report is clearly FALSE as the 8/25/05 report does NOT contain Baker's JC Penney account. [Exh. 4]

6. False. As Baker stated at her deposition, she certainly suffered damages [Exh. 6]. The excerpt Trans Union references CLEARLY relates only to denials of requests for higher credit limits. Washington Mutual and Juniper Bank provided adverse action letters based on the Trans Union credit reporting. [Exh. 2 and 3]

7. True. Hopefully consumers are not required to establish damages by taking prescription drugs to cope with the stress inflicted by credit bureaus. Additionally, as Baker stated in her deposition, the credit bureaus left her so broke she can not even afford health insurance. The Trans Union argument that only wealthy people who can afford to pay doctors and enjoy abusing drugs can be damaged is truly outrageous.

8. True. Baker very rarely has headaches. Trans Union seems to claim that it's perfectly ok to cause occasional headaches to consumers.

9. True. However, as Baker explained at the deposition, she sees floaters <u>only</u> when very stressed due to the litigation. Seeing floaters is usually a sign of aging, but Baker is now only 50 years old and floaters are not normally seen by people under 65.

10. True.  And not only did she yell at her dog, but Baker could have spent so many hours having fun with her dog instead of being frustrated and stressed if she didn't have to waste her time and resources on constantly dealing with credit and litigation issues.

11. False.  The eye doctor is not unidentified.  Baker supplied the contact info for the "unidentified" doctor with her supplemental disclosures. [Exh. 7, Baker Supplemental Disclosures.] And as Baker explained at the deposition, she sees floaters <u>only</u> when very stressed due to the litigation.  Seeing floaters is usually a sign of aging, but Baker is now only 50 years old and floaters are not normally seen by people under 65.

12. True.  <u>That unrepresented parties have to work as unpaid slaves is a heinous injustice.</u>  Corporations with unlimited funds for lawyers litigate unrepresented working people such as Baker into bankruptcy.  <u>It is impossible for consumers without attorneys to find justice in America.</u>  Even when claims are settled, the cost of the litigation and the inability to get paid for the time wasted and the stress suffered due to this most frustrating and aggravating litigation makes the PEOPLE the losers.  Making the American people work without payment when seeking justice is effectively <u>SLAVERY</u>.   The American "justice" system is designed to allow the corporations to exploit and defraud the American people with impunity.  Only the wealthy with cash for lawyers get a chance at justice.

13. False.  Trans Union refused to accept Baker's calls to accept disputes (in violation of the FCRA), it blocked her credit reports, it refused to permanently correct the credit reporting, it refused to merge her credit reports and it knowingly sold her credit reports for use by unlicensed mortgage brokers engaging in illegal activities.  Trans Union reported false information about Baker as recently as 7/1/09. [Exh. 8 and 9, 7/1/09 Trans Union credit report and email regarding the false information]. <u>If Trans

3

<u>Union did not deliberately report a false name and two incorrect addresses for Baker after 7 years of litigation, it ought to be shut down for gross negligence and extraordinary incompetence.</u>

14. False. See 13.

15. False. As Baker explained at the deposition, Trans Union refused her communications and it hired attorneys to make false statements to her and to the Court. For example, most of the Trans Union statements in this filing are false and it is EXTREMELY aggravating to have to deal with these constant lies and to have the American courts actively encourage lies by the attorneys and perjury by the corporate employees. <u>What kind of "justice" is based on lies?</u>

16. True, with the exception of their attorneys.

17. False. For at least 7 years Trans Union continually violated the FCRA, see 13. With the 8/4/08 motion to dismiss [Exh. 5] Baker submitted the Trans Union letter to attorney Lewis admitting that it was fully aware that Capital One did not report the credit limits, yet Trans Union did NOTHING to make Capital One report completely and accurately. Trans Union chose to lower the FICO scores of Baker and of many millions of Capital One account holders by knowingly reporting incorrect data until finally several class actions were filed against it. Trans Union's Diane Terry and William Stockdale committed perjury in their Declarations.

18. False. Trans Union Vice President, Data Acquisition Services William Stockdale obviously committed perjury when he claimed that the Trans Union system CRONUS is the most accurate system in the credit reporting industry. See 13 and 17. While Baker had her share of problems with Equifax and Experian, they did NOT continually report positive accounts as unrated, provide two different credit reports and incorrect names and addresses.

19. False. See 13 and 17.
20. False. See 13 and 17.
21. False. No creditor required Trans Union to split Baker's credit report into two reports and it is inexplicable how Trans Union reverted to reporting her positive accounts as unrated after corrections due to Baker's disputes. These accounts were NOT reported as unrated by the other credit bureaus. Baker is still waiting to find out why Trans Union can't even report her name and address correctly. [Exh. 8 and 9, the 7/1/09 Trans Union report and the dispute of incorrect data]  Notably, Trans Union <u>knew</u> that Capital One was reporting false information for many millions of accounts and it failed to terminate its contract.
22. False. After 7 years of litigation, Trans Union has yet to merge the two credit reports as the JC Penney account from the 2nd report is STILL absent from the first report. [Exh. 8, 9 – the 7/1/09 Trans Union report and Baker's dispute letter]
23. Baker does not know how Trans Union selects credit reports, but obviously its CRONUS system is not functional at all or Trans Union deliberately refused to merge Baker's two credit reports.
24. False. OBVIOUSLY, Trans Union methods do NOT comply with the FCRA requirements for CRAs. See 13 and 17.

**Additional Material Facts in Support of Baker's Response opposing the Trans Union Motion for Summary Judgment**:

25. Trans Union has promised to merge Baker's two credit reports since 2002, but it failed to do so. [Baker's 8/4/08 Response, Exh. 4 and 5]
26. Trans Union reported Baker's open JC Penney account on the 2nd credit report.

27. The JC Penney account is Baker's oldest reported account, opened in 1988 and currently open, it is reported without any derogatory data, it shows no late payments and it has a $0 balance. [Exh. 10 and 11, the second Trans Union reports.]
28. FICO credit scores are required for almost all mortgages and, according to Fair Isaac, 90% of the largest US banks utilize FICO scores.
29. Account history (age of oldest account and average age of accounts) is a major FICO score factor.
30. Baker's FICO credit scores for her first Trans Union credit report are lowered by the absence of the JC Penney account, her oldest account.
31. Trans Union sometimes reported additional accounts on the 2nd credit report, further lowering the FICO scores for her first report. [Exh. 10, second Trans Union report with JC Penney, Mervyns and Target accounts]
32. Trans Union claimed to have merged Baker's credit reports on 2/18/03: "ALSO MERGED REPORTS BEFORE SENDING" [8/4/08 Response, Exh. 4, TU 0006].
33. Trans Union continued to provide two credit reports for Baker after it claimed to have merged the reports on 2/18/03. [Exh. 4 and 10]
34. Trans Union provided no documentation whatsoever to substantiate its claim that it merged Baker's two reports on 5/6/05.
35. Trans Union provided TWO credit reports to Baker on 5/6/05 [Exh. 10].
36. Trans Union did NOT provide a merged credit report to Baker on 5/6/05.
37. Baker's 8/25/05 Trans Union credit report does not contain the JC Penney account. [Exh. 4]
38. Baker's 8/20/08 Trans Union credit report does not contain the JC Penney account. [Baker's 8/4/08 Response, Exh. 11]
39. Baker's 7/1/09 Trans Union credit report does not contain the JC Penney account. [Exh. 8]

40. Trans Union provided no complete credit report with all of Baker's reported accounts.
41. Trans Union provides consumer credit reports to creditors such as Chase for credit pre-approvals based on the creditors' criteria, such as no bankruptcy and/or a minimum credit score.
42. Trans Union profits from the sale of credit reports.
43. In summer 2005 Chase pre-approved Baker for a credit card "on the basis of criteria contained in your credit report" [Exh. 1, Chase offer Terms and Conditions].
44. Trans Union provided to Chase the 2nd credit report with only Baker's JC Penney and possibly other positive accounts. The 2nd Trans Union credit report never contained Baker's bankruptcy.
45. The Chase credit card offer was addressed to "Mr. Christian Baker." [Exh. 1]
46. Baker's 2nd Trans Union credit report listed her name as "Christian" Baker. [Exh. 11, Trans Union 5/5/04 second credit report for "Christian" Baker]
47. No other credit bureau reported Baker's name as "Christian".
48. No other credit bureau reported a Chase promotional inquiry in 2005.
49. Chase revoked its credit card offer after it received Baker's first Trans Union credit report with the bankruptcy.
50. Trans Union did NOT merge Baker's two credit reports on 5/6/05 as Trans Union's Diane Terry concluded after reviewing the records [Trans Union Exh. C, Terry Declaration ¶4]. Not only did Trans Union fail to provide a merged credit report, but it provided TWO reports on 5/6/05. [Exh. 10]
51. Trans Union has failed to produce the 2nd report since 5/6/05 and it has also failed to report the JC Penney account on any report since 5/6/05.
52. Apparently Trans Union chose to delete or suppress the Chase promotional inquiry to obstruct justice.

53. Trans Union reverted to reporting Baker's positive accounts as unrated after corrections due to Baker's disputes and these accounts were NOT reported as unrated by the other credit bureaus.
54. FICO scores may be lowered when positive accounts are reported as "unrated."
55. Baker disputed positive accounts incorrectly reported by Trans Union as "unrated" numerous times, including on 8/5/03 [8/4/08 Response, Exh. 4, TU 0006] and on 8/22/05 [8/4/08 Response, Exh. 7, TU 0144].
56. Despite Baker's disputes, Trans Union continued to report the Union Bank account as "unrated." [8/4/08 Response, Exh. 11, TU 0202]
57. Trans Union deleted Baker's positive Capital One account after Baker disputed the incorrect "unrated" reporting. [8/4/08 Response, Exh. 9, TU 0164].
58. Baker's FICO scores were likely lower after the premature deletion of Baker's positive Capital One account.
59. As of 7/1/09, Trans Union has failed to merge Baker's two credit reports and the 7/1/09 credit report does not contain the open JC Penney account. [Exh. 8]
60. Trans Union knows that Baker is a woman and that her name is not "Christian", yet it falsely reported on 7/1/09 that Baker is also known as "Christian" Baker. [Exh. 8 and 9, the 7/1/09 Trans Union report and the dispute letter]
61. Baker's correct address is provided on every court filing and reported to Trans Union by NUMEROUS creditors. Yet, Trans Union reports an incorrect current address for Baker on the 7/1/09 report. [Exh. 8 and 9, the 7/1/09 Trans Union report and the dispute letter]
62. Baker's incorrect address is provided to creditors and collectors who obtain Baker's Trans Union credit report and they may use the incorrect address

for correspondence, subjecting Baker to ID theft and disclosure of financial data to unauthorized third parties.

63. Trans Union implements NO procedures to ensure that consumer addresses are accurate and not changed by a creditor or collector who provides an <u>obviously</u> incorrect address such as the change for the street address from 103-156 to 10315.  [Exh. 8 and 9, the 7/1/09 Trans Union report and the dispute letter]

64. Trans Union is either unwilling or incapable of merging Baker's credit reports and reporting complete and accurate information about Baker.

DATED: 7/13/2009

<u>/s Christine Baker</u>