1                    CHRISTINE BAKER        Exhibit 1

2      Q.  If you have them, would you please produce

3  them?

4      A.  As a matter of fact, I don't know whenever --

5  if you want to take a break sometime, I can look and

6  see if I have it on my computer, although I don't want

7  to e-mail it and I don't know if I can print it out

8  here.

9      Q.  Okay.  Well, we were thinking about maybe

10  taking a break at 12:30 your time, but we can talk

11  about that in a bit.  It's almost time.

12          Do you have any adverse action letters or any

13  documents from Washington Mutual stating why they were

14  increasing your interest rate?

15      A.  Yes.  They had sent me a letter stating that

16  it was based on the TransUnion credit report.

17      Q.  Do you have a copy of that letter?

18      A.  I don't know if I submitted it with my

19  initial disclosures or if it's in one of my many

20  boxes, somewhere in my unfinished house.  I understand

21  that TransUnion requested documents from Chase.  Did

22  Chase produce anything?  I didn't receive any -- you

23  don't supplement your --

24          MS. HAWKINS:  I just now received them.

25          THE WITNESS:  You just received them?

1                      CHRISTINE BAKER

2           MS. HAWKINS:  Uh-huh.

3           THE WITNESS:  Is there something in there?

4      Are there any letters that might be helpful to answer

5      this question?

6           MS. HAWKINS:  I'll let you look at them

7      during the break.

8           THE WITNESS:  Okay.

9           MS. HAWKINS:  I'm not sure.

10          THE WITNESS:  Yes, at any rate, I did receive

11     a letter from Washington Mutual, and it stated that

12     the decision was based on my -- I think it was in May

13     2007 when they first raised my rate, and I just paid

14     the higher rate because I was too busy to deal with

15     it.  And it took me until October or November to

16     finally call them up and to demand that they reduce

17     the rate back to my original rate.

18     BY MS. HERGENROETHER:

19          Q.  Okay.  Have you ever had an account go into

20     collections?

21          A.  Yes.

22          Q.  Who was it with?

23          A.  Washington Mutual.

24          Q.  And when was that?

25          A.  I wasn't kidding when I sent them that