Page 139

**Exhibit 2**

1  CHRISTINE BAKER
2  once I received the offer, I was thrilled to get it
3  and I'm sure it didn't take me long to apply for it.
4      Q.  Did you happen to keep a copy of that
5  application?
6      A.  I probably did keep a copy, but the question
7  is where.  I throw very little away, which is the
8  problem.  I have about 20 boxes just full of papers
9  just from the litigation and just my bills and
10 whatever records.
11     Q.  Would you be able to look to see if you have
12 the credit application you received from Chase in
13 2005?
14     A.  Didn't they send it to you?  You requested
15 documents from them.
16     Q.  And I'll make you a copy of those during the
17 break, but they did not send the credit application.
18     A.  See, I only have so much time.  How many
19 hours do I want to go through boxes and through
20 papers?  And if I had nothing else to do, I would
21 gladly do it.  But I have spent so much time on this,
22 and it's now almost April, and I have actually ordered
23 50 strawberry plants, which I'm afraid sit in my
24 mailbox in Kingman because they shipped it to the
25 wrong place.  But at any rate, I have things to do.