# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Baker, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CV 07-8032-PCT-JAT |
| v. | |
| Trans Union LLC, et al., | |
| Defendants. | |

Pursuant to the Court's order filed this date and upon the Court's instruction therein, judgment is entered for Plaintiff Christine Baker and against Defendant NCO Financial Systems in the amount of $2000.00 and judgment is entered for Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union against Plaintiff Christine Baker. This case is terminated.

JUDGMENT ENTERED this 19th day of November, 2009.

RICHARD H. WEARE
District Court Executive/Clerk

s/ Sally Turner
By: Deputy Clerk

cc: (all counsel)